# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>Plaintiff,<br><br>v.<br><br>ROBIN MCCONNELL, *et al*.,<br><br>Defendants. | CASE NO. 1:20-cv-00076-AWI-JDP<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>**(Doc. Nos. 16, 19)** |

On March 19, 2020, Plaintiff Roderick William Lear, a prisoner in the custody of Corcoran State Prison proceeding pro se, filed an application for a temporary restraining order. (Doc. No. 16.)

On April 8, 2020, the assigned magistrate judge issued an order screening plaintiff's complaint and also recommending that the motion for a temporary restraining order be denied. (Doc. No. 19.) Plaintiff was granted sixty (60) days in which to respond to the screening order or object to the findings and recommendations. (*Id.*) On April 23, 2020, plaintiff filed a response to the order and the findings, noting *inter alia* that he "accepts the court's findings and recommendations in full." (Doc. No. 20 at 1.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendation are supported by the record and proper analysis.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated April 8, 2020 (Doc. No. 19), are ADOPTED IN FULL;
2. Plaintiff's motion for a temporary restraining order (Doc. No. 16), is DENIED.

IT IS SO ORDERED.

Dated:   June 26, 2020

_____
SENIOR  DISTRICT  JUDGE

2