UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN MCCONNELL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:20-cv-00076-AWI-JDP<br><br>ORDER GRANTING THE ATTORNEY GENERAL'S REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND WAIVERS OF SERVICE OF PROCESS<br><br>ECF No. 26<br><br>ORDER DENYING PREVIOUS REQUEST FOR AN EXTENSION AS MOOT<br><br>ECF No. 24 |

　　　The Office of the Attorney General has specially appeared in this matter to request an extension of time to execute service waivers. ECF No. 26.  Good cause appearing, the request for an extension of time in which to execute service waivers and file a responsive pleading for defendants McConnell, Gallagher, Borona, Loza, Gamboa, Ruiz, and California State Prison, Corcoran, is granted.  Defendants will have sixty days from the date of this order to execute waivers of service and file a responsive pleading.  The previous request for an extension, ECF No. 24, is denied as moot.

1

IT IS SO ORDERED.

Dated: __July 23, 2020__  
                                          UNITED STATES MAGISTRATE JUDGE

No. 205.