UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAM LEAR,<br><br>Plaintiff,<br><br>v.<br><br>ROBIN MCCONNELL, ET. AL.<br><br>Defendants. | No. 1:20-cv-00076-AWI-HBK<br><br>**ORDER OF VOLUNTARILY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(1)(A)(ii)** |

On February 2, 2021, the parties' filed a "Joint Stipulation and Order for Dismissal with Prejudice," stipulating to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, noting that the parties have resolved the case in its entirety, and further noting each party bears their own attorneys' fees and costs. *See* Doc. No. 39. Considering the parties' Joint Stipulation under Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice. *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, it is **ORDERED**:

1. Pursuant to the parties' Joint Stipulation (Doc. No. 39) this is action is dismissed with prejudice.

2. The Clerk of Court is respectfully directed to terminate any pending motions and close

1

1 this case.

3 IT IS SO ORDERED.

5 Dated:   February 3, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE